# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JOHN DALISAY | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CASE NO.: _____ |
| | § | |
| ALL NIPPON AIRWAYS CO., LTD, | § | |
| AND UNITED AIRLINES, INC. | § | |
| | § | |
| Defendants. | § | |

## INDEX OF MATTERS BEING FILED

Pursuant to LR81 of the Local Rules for the United States District Court of the Southern District of Texas, the following list constitutes an Index of all Matters Being Filed concurrent with Defendant's Notice of Removal:

1. Defendants' Notice of Removal

   a. **Exhibit A** – Index of Matters Being Filed

   b. **Exhibit B** – List of All Counsel of Record;

   c. **Exhibit C** –Docket Sheet;

   d. **Exhibit D** – Plaintiff's Original Petition;

   e. **Exhibit E –** Service of Process on United (Executed Return of Service);

   f. **Exhibit F** – Defendant United Airlines, Inc.'s Original Answer and Jury Demand;

   g. **Exhibit G** – Defendant United Airlines, Inc.'s Certificate of Fact from Texas Secretary of State;

   h. **Exhibit H** – Defendant United Airlines, Inc.'s Application for Registration of a Foreign For-Profit Corporation;

   i. **Exhibit I –** Service of Process on All Nippon Airways, Co., LTD (Executed Return of Service);

j.  **Exhibit J** - Defendant All Nippon Airways Co., LTD's Certificate of Fact from Texas Secretary of State

k.  **Exhibit K** - Defendant All Nippon Airways Co., LTD's Application for Registration of a Foreign For-Profit Corporation