# EXHIBIT B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JOHN DALISAY § § Plaintiff, § § v. § § ALL NIPPON AIRWAYS CO., LTD, § AND UNITED AIRLINES, INC. § § Defendants. § | CASE NO.: _____ |

## LIST OF ALL COUNSEL OF RECORD

Pursuant to LR81 of the Local Rules for the United States District Court of the Southern District of Texas, the following constitutes a list of all counsel of record:

| | |
|---|---|
| Sean O'Rourke<br>Simon & O'Rourke Law Firm, P.C.<br>711 West ay Area Blvd, Suite 225<br>Webster, Texas 77598<br>sorourke@solawpc.com<br><br>**Counsel for Plaintiff John Dalisay** | Tom Stilwell<br>Attorney-In-Charge<br>S.D. Tex. Bar No. 18218<br>State Bar No. 00791737<br><br>Amanda R. Pierson<br>S.D. Tex. Bar No. 2515661<br>State Bar No. 24089258<br><br>Stilwell Law Firm, PLLC<br>3131 Eastside Street Suite 444<br>Houston, Texas 77098<br>Telephone (713) 931-1111<br>Facsimile   (713) 931-1211<br>Tom@TStilwell.com<br>Amanda@TStilwell.com<br><br>**Counsel for Defendant United Airlines, Inc.**<br><br>Howard L. Close<br>*Attorney-in-Charge*<br>S.D. Tex. Bar No. 04406500<br>State Bar No. 04406500 |

Close@wrightclosebarger.com

Patrick B. McAndrew
S.D. Tex. Bar No. 613764
State Bar No. 24042596
McAndrew@wrightclosebarger.com

Wright Close & Barger, LLP
One Riverway, Suite 2200
Houston, Texas 77056
Telephone: (713) 572-4321
Facsimile:  (713) 572-4320

-and-

Kevin R. Sutherland
(*pro hac vice* application to be submitted)
kevin.sutherland@clydeco.us
Benedict E. Idemundia
(*pro hac vice* application to be submitted)
benedict.idemundia@clydeco.us

Clyde & Co US LLP
355 S. Grand Avenue, Suite 1400
Los Angeles, California 90071
Telephone: (213) 358-7600
Facsimile: (213) 358-7650

**ATTORNEYS FOR DEFENDANT
ALL NIPPON AIRWAYS CO., LTD.**