# EXHIBIT C

# 2021-11779

**COURT:** 164th
**FILED DATE:** 3/1/2021
**CASE TYPE:** Other Injury or Damage



### DALISAY, JOHN

Attorney: O'ROURKE, SEAN EDWARD

**vs.**

### ALL NIPPON AIRWAYS CO LTD

| Docket Sheet Entries | |
|---|---|
| Date | Comment |