# EXHIBIT E



# Service of Process Transmittal

03/05/2021
CT Log Number 539158419

| | |
|---|---|
| **TO:** | Maria Bustamante, Paralegal-Litigation<br>United Airlines, Inc.<br>609 MAIN STREET, 16TH FLOOR/HSCPZ<br>HOUSTON, TX 77002-3167 |
| **RE:** | **Process Served in Texas** |
| **FOR:** | United Airlines, Inc.  (Domestic State: DE) |

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | JOHN DALISAY, PLTF. vs. ALL NIPPON AIRWAYS CO., LTD AND UNITED AIRLINES, INC., DFTS. |
| **DOCUMENT(S) SERVED:** | - |
| **COURT/AGENCY:** | None Specified<br>Case # 202111779 |
| **NATURE OF ACTION:** | Personal Injury - Failure to Maintain Premises in a Safe Condition |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Dallas, TX |
| **DATE AND HOUR OF SERVICE:** | By Certified Mail on 03/05/2021 postmarked on 03/03/2021 |
| **JURISDICTION SERVED :** | Texas |
| **APPEARANCE OR ANSWER DUE:** | None Specified |
| **ATTORNEY(S) / SENDER(S):** | None Specified |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 03/05/2021, Expected Purge Date: 03/10/2021<br><br>Image SOP<br><br>Email Notification,  Tom Campuzano  thomas.d.campuzano@united.com<br><br>Email Notification,  Maria Bustamante  maria.bustamante@united.com<br><br>Email Notification,  Javaria Neagle  javaria.neagle@united.com |
| **REGISTERED AGENT ADDRESS:** | C T Corporation System<br>1999 Bryan Street<br>Suite 900<br>Dallas, TX 75201<br>866-331-2303<br>CentralTeam1@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.

BAR Investigations
P O Box 16296
Sugar Land, TX  77496

**CERTIFIED MAIL**

7019 2970 0001 6119 9163

U.S. POSTAGE PAID
FCM LETTER
HOUSTON, TX
77002
MAR 03, 21
AMOUNT
**$7.20**
R2304E105876-17

United Airlines Inc.
Registered Agent:  CT Corporation System
1999 Bryan St., Suite 900
Dallas, TX  75201



```
EML                                              Receipt Number: 912303
                                                 Tracking Number: 73845553
COPY OF PLEADING PROVIDED BY PLT
```

CAUSE NUMBER: 202111779

| PLAINTIFF: DALISAY, JOHN | In the 164th Judicial |
|---|---|
| vs. | District Court of |
| DEFENDANT: ALL NIPPON AIRWAYS CO LTD | Harris County, Texas |

CITATION

THE STATE OF TEXAS
County of Harris

TO: UNITED AIRLINES INC BY SERVING ITS REGISTERED AGENT CT CORPORATION SYSTEM
1999 BRYAN ST STE 900
DALLAS TX 75201

Came To Hand: 3/2/2021
Delivered: 3/3/2021
By: _____

    Attached is a copy of PLAINTIFF'S ORIGINAL PETITION.

This instrument was filed on March 1, 2021, in the above numbered and styled cause on the docket in the above Judicial District Court of Harris County, Texas, in the courthouse in the City of Houston, Texas. The instrument attached describes the claim against you.

    YOU HAVE BEEN SUED.  You may employ an attorney.  If you or your attorney do not file a written answer with the District Clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.  In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit.  These disclosures generally must be made no later than 30 days after you file your answer with the clerk.  Find out more at TexasLawHelp.org.

    ISSUED AND GIVEN UNDER MY HAND and seal of said Court, at Houston, Texas, this March 2, 2021.



Marilyn Burgess
Marilyn Burgess, District Clerk
Harris County, Texas
201 Caroline, Houston, Texas 77002

Generated By: WANDA CHAMBERS

```
Issued at request of:
O'ROURKE, SEAN EDWARD
711 WEST BAY AREA BLVD SUITE 225
WEBSTER, TX  77598-0000
281-667-4081

Bar Number: 24046547
```

Tracking Number: 73845553

CAUSE NUMBER: 202111779

| | |
|---|---|
| PLAINTIFF: DALISAY, JOHN | In the 164th |
| vs. | Judicial District Court |
| DEFENDANT: ALL NIPPON AIRWAYS CO LTD | of Harris County, Texas |

OFFICER/AUTHORIZED PERSON RETURN

Came to hand at _____o'clock \_\_\_\_. M., on the _____ day of _____, 20_____.
Executed at (address) _____
in _____ County
at _____ o'clock \_\_\_\_. M., on the _____ day of _____, 20 \_\_\_\_\_,
by delivering to _____ defendant,
in person, a true copy of this
Citation together with the accompanying _____ copy(ies) of the
_____ Petition
attached thereto and I endorsed on said copy of the Citation the date of delivery.
To certify which I affix my hand officially this _____ day of
_____, 20 _____.

FEE: $ _____

_____
_____ of _____
County, Texas

_____  By: _____
            Affiant                              Deputy

On this day, _____, known to me to be the person whose signature
appears on the foregoing return, personally appeared. After being by me duly sworn, he/she stated that this citation was executed by him/her in the exact manner recited on the return.

SWORN TO AND SUBSCRIBED BEFORE ME on this _____ of
_____, 20 _____

_____
Notary Public