# EXHIBIT I

EML

**COPY OF PLEADING PROVIDED BY PLT**

Receipt Number: 912303

Tracking Number: 73845551

CAUSE NUMBER: 202111779

| | |
|---|---|
| PLAINTIFF: DALISAY, JOHN | In the 164th Judicial |
| vs. | District Court of |
| DEFENDANT: ALL NIPPON AIRWAYS CO LTD | Harris County, Texas |

Came To Hand: 3/2/2021
Delivered: 3/3/2021
By: [signature]

THE STATE OF TEXAS
County of Harris

CITATION

TO: ALL NIPPON AIRWAYS CO LTD BY SERVING ITS REGISTERED AGENT YUZURU NAGAWA
600 JEFFERSON STREET STE 2070
HOUSTON TX 77002

 Attached is a copy of PLAINTIFF'S ORIGINAL PETITION.

This instrument was filed on March 1, 2021, in the above numbered and styled cause on the docket in the above Judicial District Court of Harris County, Texas, in the courthouse in the City of Houston, Texas. The instrument attached describes the claim against you.

 YOU HAVE BEEN SUED. You may employ an attorney. If you or your attorney do not file a written answer with the District Clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org.

 ISSUED AND GIVEN UNDER MY HAND and seal of said Court, at Houston, Texas, this March 2, 2021.



Marilyn Burgess
Marilyn Burgess, District Clerk
Harris County, Texas
201 Caroline, Houston, Texas 77002

Generated By: WANDA CHAMBERS

Issued at request of:
O'ROURKE, SEAN EDWARD
711 WEST BAY AREA BLVD SUITE 225
WEBSTER, TX  77598-0000
281-667-4081

Bar Number: 24046547

Tracking Number: 73845551

CAUSE NUMBER: 202111779

| | |
|---|---|
| PLAINTIFF: DALISAY, JOHN | In the 164th |
| vs. | Judicial District Court |
| DEFENDANT: ALL NIPPON AIRWAYS CO LTD | of Harris County, Texas |

OFFICER/AUTHORIZED PERSON RETURN

Came to hand at _____ o'clock ____. M., on the _____ day of _____, 20_____.
Executed at (address) _____
in _____ County
at _____ o'clock ____. M., on the _____ day of _____, 20_____,
by delivering to _____ defendant,
in person, a true copy of this
Citation together with the accompanying _____ copy(ies) of the
_____ Petition
attached thereto and I endorsed on said copy of the Citation the date of delivery.
To certify which I affix my hand officially this _____ day of _____, 20_____.

FEE: $ _____

_____ of _____

County, Texas

_____ By: _____
          Affiant                          Deputy

On this day, _____, known to me to be
the person whose signature
appears on the foregoing return, personally appeared. After being by me duly sworn,
he/she stated that this citation was executed by him/her in the exact manner recited
on the return.

SWORN TO AND SUBSCRIBED BEFORE ME on this _____ of
_____, 20_____

_____
Notary Public