# EXHIBIT J

Corporations Section  
P.O.Box 13697  
Austin, Texas 78711-3697

Ruth R. Hughs  
Secretary of State

# Office of the Secretary of State

### Certificate of Fact

The undersigned, as Secretary of State of Texas, does hereby certify that the document, Application for Registration for ALL NIPPON AIRWAYS CO., LTD. (file number 802154314), a Foreign For-Profit Corporation, was filed in this office on February 10, 2015.

It is further certified that the entity status in Texas is in existence.

In testimony whereof, I have hereunto signed my name officially and caused to be impressed hereon the Seal of State at my office in Austin, Texas on March 18, 2021.



Ruth R. Hughs  
Secretary of State

*Come visit us on the internet at https://www.sos.texas.gov/*

| Phone: (512) 463-5555 | Fax: (512) 463-5709 | Dial: 7-1-1 for Relay Services |
| Prepared by: SOS-WEB | TID: 10264 | Document: 1035711350003 |